**FILED**
June 5, 2019
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>KADRENA LATRICE WATTS, )<br>)<br>Defendant. ) | Case No. 2:19-cr-00091-MCE<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release, KADRENA LATRICE WATTS, Case No. 2:19-cr-00091-MCE from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__X__ Release on Personal Recognizance

____ Bail Posted in the Sum of: $ _____

    ____ Co-Signed Unsecured Appearance Bond

    ____ Secured Appearance Bond

    __X__ (Other) Conditions as stated on the record.

    ____ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __6/5/2019__ at __2:50 p.m.__

By /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge