JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
Kadrena L. Watts

IN THE UNITED STATES MAGISTRATE COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  KADRENA LATRICE WATTS,  Defendant | 2:19-CR-00091-DAD  ORDER TO MODIFY DEFENDANT'S RELEASE CONDITIONS |

Defendant Kadrena L. Watts' unopposed request to modify the Special Conditions of her release is granted and Special Condition of Release #10 (ECF 69) is hereby stricken.

IT IS SO ORDERED.

Dated: June 6, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE