```
JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
4005 Manzanita Ave, Suite 6-8
Carmichael, CA 95608
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
Kadrena L. Watts
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:19 CR 00091 DAD-6 |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | |
| vs. ) | Date:  November 5, 2024 |
| ) | Time:  9:30 a.m. |
| KADRENA L. WATTS, ) | Judge: Honorable Dale A. Drozd |
| ) | |
| Defendant. ) | |
| ) | |

　　　　Sentencing in this matter, as to Ms. Watts, is presently set for November 5, 2024, at 9:30 a.m.  The request is to continue Ms. Watts' judgment and sentencing to March 17, 2025, at 9:30 a.m.  Assistant United States Attorney David W. Spencer and Senior United States Probation Officer Julie Besabe have been advised of this request and have no objection.

　　　　Ms. Watts has been interviewed by United States Probation.  During the course of the interview, Ms. Watts disclosed a number of very serious health conditions three of her children suffer from.  Probation has requested documentation related to the medical issues noted by Ms. Watts.  The defense is attempting to acquire both summaries as well as the actual medical records related to the issues.  Obtaining these records and allowing United States Probation time to review and analyze the materials will necessarily require a continuance of the sentencing date as the disclosure/objection schedule is

(and will be further) compromised.  (March 17, 2025, is the first available date that accommodates previously scheduled trial and leave dates.)

As such, the Parties request the Court adopt the following schedule pertaining to the presentence report:

| | |
|---|---|
| **Judgment and Sentencing date:** | **03/17/25 (@ 9:30 a.m.)** |
| Sentencing Memorandum & Reply or Statement of Non-Opposition: | 03/10/25 |
| Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 03/03/25 |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | 02/24/25 |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | 02/17/25 |
| The (draft) Presentence Report shall disclosed to counsel no later than: | 02/03/25 |

Dated: October 8, 2024
/S/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Kadrena L. Watts

Dated: October 8, 2024
Phillip A. Talbert
United States Attorney

by: /S/ David W. Spencer
DAVID W. SPENCER
Assistant United States Attorney

///

///

///

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing as to this defendant scheduled for November 5, 2024, is continued to March 17, 2025, at 9:30 a.m.

IT IS SO ORDERED.

Dated: __**October 8, 2024**__

DALE A. DROZD
UNITED STATES DISTRICT JUDGE