```
JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
4005 Manzanita Ave, Suite 6-8
Carmichael, CA 95608
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
Kadrena L. Watts
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19 CR 091 DAD |
| Plaintiff, | STIPULATION AND ORDER CONTINUING MS. WATTS' JUDGMENT AND SENTENCING |
| vs. | |
| KADRENA L. WATTS, | Date: March 17, 2025<br>Time: 9:30 a.m.<br>Judge: Honorable Dale A. Drozd |
| Defendant. | |

Sentencing in this matter, as to Ms. Watts, is presently set for March 17, 2025, at 9:30 a.m. The request is to continue Ms. Watts' judgment and sentencing to **July 14, 2025, at 9:30 a.m.** Assistant United States Attorney David W. Spencer and Senior United States Probation Officer Julie Besabe have been advised of this request and have no objection.

Ms. Watts has been interviewed by United States Probation. During the course of the interview, Ms. Watts disclosed a number of very serious health conditions three of her children suffer from. Probation has requested documentation related to the medical issues noted by Ms. Watts.

The defense submitted a records request to the primary medical provider ("provider") for both Ms. Watts and her impacted children, on September 30, 2024. As of the drafting of this request, no records, in response to the noted release, have yet been provided. For several weeks, the provider has

1  indicated the invoices for the records are ready (the "last" step before the
2  records are actually provided).  After multiple phone calls to the provider
3  by defense paralegal, Ms. Benney, it was determined there was a "coding
4  error" on the provider's end that made it impossible to pay for the records.
5  The provider indicated they were working to address this issue.  Simply put,
6  the defense could not pay for the records because of the coding error and as
7  a result, the provider would not produce the requested records.
8       On January 31, 2025, the provider indicated the coding error was
9  "fixed" and defense immediately submitted the requested payment to the
10 provider.  Once the payment is processed, the provider will snail mail the
11 records to the defense.
12      The defense has already acquired approximately 2500 pages of relevant
13 medical records. Based on communications with the provider, the defense
14 anticipates receiving an additional 1300 (+/-) pages of records.  However,
15 since the date on the release (September 30, 2024), Ms. Watts has,
16 unfortunately, experienced a number of additional significant medical issues.
17 As such, the defense will have to acquire these records as well.  (The
18 defense is (or was), obviously, hesitant to request additional records until
19 the present issue[s] with the provider is/are resolved.)
20      Because, based on the present disclosure and objection schedule, the
21 draft presentence report (PSR) is due February 3, 2025, the parties are
22 seeking a continuance now as United States Probation (USPO) has requested the
23 records and once produced, USPO will need time to review the records before
24 making a sentencing recommendation as to Ms. Watts.
25      The defense is attempting to acquire both summaries as well as the
26 actual medical records related to the constellation of medical issues related
27 to Ms. Watts and her family. To that end, the defense intends to submit an
28 exparte' funding request for an expert to assist in preparing the summaries.

Obtaining these records and allowing USPO time to review and analyze the materials will necessarily require a continuance of the sentencing date and the disclosure/objection schedule.  (This is true regardless of the court's position as to the soon to be filed exparte' funding request for expert services in this matter.)

As such, the Parties request the Court adopt the following schedule pertaining to the presentence report:

| | |
|---|---|
| **Judgment and Sentencing date:** | **07/14/25 (@ 9:30 a.m.)** |
| Sentencing Memorandum & Reply or Statement of Non-Opposition: | 07/07/25 |
| Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 06/30/25 |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | 06/23/25 |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | 06/16/25 |
| The (draft) Presentence Report shall disclosed to counsel no later than: | 06/02/25 |

Dated: February 3, 2025                    /S/ John R. Manning
                                           JOHN R. MANNING
                                           Attorney for Defendant
                                           Kadrena L. Watts

Dated: February 3, 2025                    Michele Beckwith
                                           United States Attorney

                                           by: /S/ David W. Spencer
                                           DAVID W. SPENCER
                                           Assistant United States Attorney

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing in the case of defendant Kadrena Watts scheduled for March 17, 2025, is continued to **July 14, 2025, at 9:30 a.m.** and the presentence report and related filing schedule proposed by the parties is adopted.

IT IS SO ORDERED.

Dated: __February 3, 2025__         _Dale A. Drozd_
                                                 DALE A. DROZD
                                                 UNITED STATES DISTRICT JUDGE