```
JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
4005 Manzanita Ave, Suite 6-8
Carmichael, CA 95608
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
Kadrena L. Watts
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-CR-00091-DAD-6 |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING MS. WATTS' JUDGMENT AND SENTENCING |
| vs. | |
| KADRENA L. WATTS, | Date: July 14, 2025 |
| Defendant. | Time: 9:30 a.m. |
| | Judge: Honorable Dale A. Drozd |

    Sentencing in this matter, as to Ms. Watts, is presently set for July 14, 2025, at 9:30 a.m. The request is to continue Ms. Watts' judgment and sentencing to **October 27, 2025, at 9:30 a.m.** Assistant United States Attorney David W. Spencer and Senior United States Probation Officer Julie Besabe have been advised of this request and have no objection.

    Ms. Watts has a significant medical history. Acquiring Ms. Watts' medical records has been a challenge. The defense has received (and reviewed) thousands of pages of medical records related to Ms. Watts (and her children). The defense's expert, after digging into the medical records thus far provided, determined very few records from 2024 (and none from 2025) were provided. As noted in previous filings, this was somewhat anticipated in light of the delay between when the release(s) requesting Ms. Watts' records were submitted and when the medical records were actually produced. Both Ms.

Watts and undersigned counsel have, independent of each other, requested the noted medical records (2024-2025), but "we" have not received any indication from the provider when the records will be produced.

Unfortunately, additional medical records are also being sought in regards to a recent hospitalization of one of Ms. Watts' children. (That said, the defense anticipates these records will be available relatively expeditiously, but the records, once produced, will need to be reviewed by the defense's expert.)

Because, based on the present disclosure and objection schedule, the draft presentence report (PSR) is due June 2, 2025, the parties are seeking a continuance now. Ms. Watts' medical records for 2024 – 2025 are clearly relevant. Moreover, even though the defense's expert has already reviewed all the medical records this far provided and prepared a draft summary, the noted summary cannot be completed without the most recent information. Additionally, because the records acquisition process is so challenging (and cumbersome), there is concern that proceeding without a continuance now will only lead to a continuance later, after Probation has filed the final draft of the Presentence Report. In that scenario, Probation would not have the opportunity to review the summary prepared by the defense's expert and factor those findings into their sentencing recommendation as to Ms. Watts.

As such, the Parties request the Court adopt the following schedule pertaining to the presentence report:

| | |
|---|---|
| **Judgment and Sentencing date:** | **10/27/25 (@ 9:30 a.m.)** |
| Sentencing Memorandum & Reply or Statement of Non-Opposition: | 10/20/25 |
| Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 10/13/25 |

```
The Presentence Report shall be filed
with the Court and disclosed to counsel
no later than:                                  10/06/25

Counsel's written objections to the
Presentence Report Shall be delivered
to the probation officer and opposing
Counsel no later than:                          09/29/25

The (draft) Presentence Report shall be
disclosed to counsel no later than:             09/15/25
```

Dated: May 28, 2025        /S/ John R. Manning
                           JOHN R. MANNING
                           Attorney for Defendant
                           Kadrena L. Watts

Dated: May 28, 2025        Michele Beckwith
                           Acting United States Attorney

                           by: /S/ David W. Spencer
                           DAVID W. SPENCER
                           Assistant United States Attorney

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing in the case of defendant Kadrena Watts scheduled for July 14, 2025, is continued to October 27, 2025 at 9:30 a.m. and the presentence report and related filing schedule proposed by the parties is adopted. **However, no further continuances of the sentencing hearing in this case will be granted absent a compelling showing of good cause.**

IT IS SO ORDERED.

Dated: **June 9, 2025**                _/s/ Dale A. Drozd_
                                       DALE A. DROZD
                                       UNITED STATES DISTRICT JUDGE