JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
4005 Manzanita Ave, Suite 6-8
Carmichael, CA 95608
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
Kadrena L. Watts

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:19 CR 00091-6-DAD |
| Plaintiff, | ) ORDER SEALING EXHIBITS "A" AND "B" OF |
| vs. | ) DEFENDANT'S SENTENCING MEMORANDUM |
| KADRENA L. WATTS, | ) |
| Defendant. | ) |

ORDER

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that Exhibits "A" and "B" of defendant's sentencing memorandum be filed under seal is granted. Exhibits "A" and "B" of defendant's sentencing memorandum shall be filed under seal.

IT IS SO ORDERED.

Dated:   **October 21, 2025**        _____

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

1